JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN F. D.,[1]<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN J. O'MALLEY,[2]<br>Commissioner of Social Security,<br>　　　　　Defendant. | Case No. CV 5:23-0599-RAO<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and REMANDED.

DATED: February 5, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROZELLA A. OLIVER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley, the Commissioner of Social Security, is hereby substituted as the defendant.