1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   BRANDEN FRANCIS DECARLO,          )  Case No.: 5:23-cv-00599-WLH-RAO
                                        )
12            Plaintiff,                )  {~~PROPOSED~~} ORDER AWARDING
                                        )  EQUAL ACCESS TO JUSTICE ACT
13        vs.                           )  ATTORNEY FEES AND EXPENSES
                                        )  PURSUANT TO 28 U.S.C. § 2412(d)
14   MARTIN O'MALLEY,                   )  AND COSTS PURSUANT TO 28
     Commissioner of Social Security,   )  U.S.C. § 1920
15                                      )
             Defendant                  )
16   _____  )

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19        IT IS ORDERED that fees and expenses in the amount of $5,800.00 as

20   authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 as authorized

21   by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22   DATE:   04/25/2024

23

24   THE HONORABLE ROZELLA A. OLIVER
     UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3          /s/   *Steven G. Rosales*

     BY: _____
4
         Steven G. Rosales
5        Attorney for plaintiff Branden Francis Decarlo

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26